UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LEE ELLEN HUFF | CIVIL ACTION NO. 19-cv-659 |
| VERSUS | JUDGE JUNEAU |
| U S COMMISSIONER SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE WHITEHURST |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the lack of written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the decision of the Commissioner is **AFFIRMED,** and this matter is dismissed with prejudice.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 16th day of December, 2020.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE